IT IS SO ORDERED.
s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE
6/7/2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HUBBARD, | CASE NO. 1:20-CV-1272 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| v. | |
| PLASTIPAK PACKAGING, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

By agreement of the parties, the captioned case is dismissed with prejudice, each party to bear his or its own Court costs.

/s/ *Neil E. Klingshirn*
Neil E. Klingshirn (0037158)
Elfvin Klingshirn Royer & Torch LLC
4700 Rockside Road, Suite 530
Independence, OH  44131
(T) 216.382.2500 (F) 216.381.0250
neil@ekrtlaw.com

*Attorney for Plaintiff James Hubbard*

/s/ *Monica L. Frantz*
Nancy A. Noall (0010974)
nnoall@ralaw.com
Deirdre G. Henry (0017483)
dhenry@ralaw.com
Monica L. Frantz (0090878)
mfrantz@ralaw.com
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, OH  44114
(T) 216.623.0150 (F) 216.623.0134

*Attorneys for Defendant*
*Plastipak Packaging, Inc.*